**FILED**
CLERK, U.S. DISTRICT COURT

8/27/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_JB\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANTHONY XAVIER CHAVEZ,<br><br>　　　　Defendant. | CR　2:21-cr-00404-SB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi): Distribution of Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Possession with Intent to Distribute Fentanyl] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about July 15, 2021, in San Bernardino County, within the Central District of California, defendant ANTHONY XAVIER CHAVEZ knowingly and intentionally distributed at least 40 grams, that is, approximately 104 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about July 30, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY XAVIER CHAVEZ knowingly and intentionally distributed at least 40 grams, that is, approximately 219 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about August 12, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY XAVIER CHAVEZ knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 1.12 kilograms, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

       /S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SOLOMON KIM
Assistant United States Attorney
General Crimes Section