CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANTHONY CHAVEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY CHAVEZ, <br><br> Defendant. | Case No. 2:21-CR-00404-SB <br><br> **SIXTH STATUS REPORT REGARDING ANTHONY CHAVEZ'S MEDICAL CONDITION** |

Defendant Anthony Chavez, by and through his attorney of record, Deputy Federal Public Defender Georgina Wakefield, hereby files the following status report in accordance with the court's order dated October 7, 2021 (ECF No. 47).

1. On August 25, 2021, Mr. Chavez was admitted to White Memorial Hospital after having a seizure at the Metropolitan Detention Center. He has undergone several diagnostic tests, including Magnetic Resonance Imaging (MRI) tests, lumbar punctures to remove cerebrospinal fluid, and a biopsy of his brain. Mr. Chavez's treating physicians have interpreted the test results, including the presence of several lesions on his brain, and determined that his clinical symptoms are consistent with GABA-A antibody encephalitis, which is an autoimmune disorder.

2. Mr. Chavez's treating neurologist at White Memorial, Doctor Antonio Liu, has informed counsel that Mr. Chavez has persistent, and possibly permanent, brain damage. Dr. Liu's opinion is that Mr. Chavez's cognitive function is at the level of a five-year-old child. He is oriented to name, place, and family members only, and is unable to comprehend more complex information. Dr. Liu believes that Mr. Chavez needs a very long time to recover and there is no guarantee on a time-frame or degree of recuperation.

3. Mr. Chavez was discharged to his family's home from White Memorial, but he continued to experience mental impairment, uncontrolled seizures, and medical emergencies. He has been admitted to the hospital several times.

4. Since last month, Mr. Chavez has been admitted at the University of California Irvine Medical Center. On December 29, 2021, Mr. Chavez underwent surgery to remove a thoracic tumor. The surgery was complicated because the tumor was attached to one of Mr. Chavez lungs, his heart, and one of the nerves to his diaphragm. The tumor was sent to pathology and determined to be cancerous. Mr. Chavez was subsequently diagnosed with Stage 2 thymoma, which is commonly co-occurring with autoimmune diseases like GABA-A antibody encephalitis.

5. Mr. Chavez is set to begin a course of chemotherapy. He continues to have daily seizures and significantly impaired mental capacity.

6. For all these reasons, defense counsel represents that Mr. Chavez remains unable to appear for post-indictment arraignment (PIA) in this matter. Counsel requests to keep PIA off calendar and will continue to file status reports.

//
//
//
//
//
//

7. Counsel for the government indicated that it was not opposed to this status report, nor keeping PIA off calendar for the time being.

                                            Respectfully submitted,

                                            CUAUHTEMOC ORTEGA
                                            Federal Public Defender

DATED: January 21, 2022       By  */s/ Georgina Wakefield*
                                            GEORGINA WAKEFIELD
                                            Deputy Federal Public Defender